IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCINA HOLT-BERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| ROSELAND COMMUNITY HOSPITAL, | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, FRANCINA HOLT-BERLIN ("Holt-Berlin" or Plaintiff), by and through her attorneys, Barry A. Gomberg of Barry A. Gomberg & Associates, Ltd., and complaining of the Defendant, ROSELAND COMMUNITY HOSPITAL ("Roseland" or Defendant), states as follows:

## PARTIES

1. Holt-Berin is a resident of Park Forest, Illinois in Cook County.

2. Defendant is a medical facility/hospital doing business in Chicago, Illinois in Cook County.

## JURISDICTION AND VENUE

3. The claims against Defendant are for discrimination based on gender, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

4. Jurisdiction is conveyed upon this Court by virtue of 28 USC §1343 as these claims arises under the laws of the United States of America.

1

5. Venue is appropriate in the Northern District of Illinois, Eastern Division by virtue of 28 USC § 1391 as Plaintiff's residence and Defendant's place of business is located in this jurisdiction.

## COUNT I - 
## GENDER DISCRIMINATION

1-5. Plaintiff restates and re-alleges paragraphs 1 through 5 as fully set forth herein.

6. Plaintiff has filed this cause subsequent to the timely filing of a Charge of Discrimination based on gender discrimination with the Illinois Department of Human Rights and the Equal Employment Opportunity Commission, a true and correct copy of which is attached hereto as Exhibit A.

7. Plaintiff has filed this cause pursuant to issuance of a Right to Sue Letter issued by the Equal Employment Opportunity Commission within the statutory time requirements, a true and correct copy of which is attached hereto as Exhibit B.

8. Plaintiff, at all times pertinent hereto, was a person protected by the provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

9. Defendant, at all times pertinent hereto, did business within the venue and jurisdiction of this judicial circuit and was an employer as defined by 42 U.S.C. § 2000e and employed more than fifteen individuals as defined by 42 U.S.C. § 2000e.

10. Holt-Berlin is a female.

11. Holt-Berlin was hired by Defendant on or about August 16, 2021 as an Accounting Manager.

12. Although Holt-Berlin had a Master's of Business Administration degree and had been successfully performing the duties of Director of Finance for Defendant, Holt-Berlin was not selected to fill the position.

13. Defendant hired a male candidate, Suraj Agbaka, who only had a Bachelor's degree and no experience, for the Director of Finance position.

14. Holt-Berlin had more experience and was more qualified for the Director of Finance position than the male candidate who was selected to fill the position.

15. Defendant's reasons for selecting a male and not Ms. Holt-Berlin as Director o Finance, were a pretext for gender discrimination.

16. Holt-Berlin performed her job duties in a satisfactory manner.

17. Holt-Berlin's performance was as good as, if not better, than that of male employees of Defendant.

18. At all times, Holt-Berlin met the legitimate expectations of her employer.

19. Defendant made gender biased comments to Holt-Berlin.

20. That by the actions set out in this Complaint, Defendant subjected Holt-Berlin to discrimination, harassment, hostile work environment and unequal terms and conditions of employment because of her gender, female, in violation of 42 U.S.C. § 2000e, *et seq*.

21. As a result of Defendant's gender based discriminatory conduct, Holt-Berlin has suffered injury to her career, as well as emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, and other non-pecuniary losses for which she is entitled to compensatory damages pursuant to 42 U.S.C. § 1981a.

WHEREFORE, Plaintiff FRANCINA HOLT-BERLIN prays for judgment against Defendant as follows:

A. For an award of back pay (the difference between the amount paid to Plaintiff as Accounting Manager and the amount she would have earned as Director of Finance at Defendant) from July 2023 through the present;

B. For an award of compensatory damages for Holt-Berlin's injury to her career, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary damages and fringe benefits;

C. Punitive damages;

D. For attorney's fees and costs of this suit; and

E. For such other and further relief as is just and equitable.

Respectfully submitted,

FRANCINA HOLT-BERLIN

By: s/Barry A. Gomberg
One of Plaintiff's Attorneys

Barry A. Gomberg
BARRY A. GOMBERG & ASSOC., LTD.
53 West Jackson Blvd., Suite 1350
Chicago, Illinois 60604
(312) 922-0550