**EXHIBIT A**

U.S. GPO 1985 0 482 051

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; see Privacy ct Statement on reverse before completing this form | ENTER CHARGE NUMBER<br>IDHR<br>EEOC |
|---|---|

EEOC and IDHR
(State or local Agency, if any)

| NAME (Indicated Mr., Ms., or Mrs.)<br>Ms. Francina Holt-Berlin | HOME TELEPHONE NO. (Include Area Code)<br>(312) 498-4119 | |
|---|---|---|
| STREET ADDRESS<br>359 Waverly St. | CITY, STATE AND ZIP CODE<br>Park Forest, Illinois 60466 | COUNTY<br>Cook |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Roseland Community Hospital | NO. OF EMPLOYEES/MEMBERS<br>15 or More | TELEPHONE NUMBER (Include Area Code)<br>(773) 995-3000 |
|---|---|---|
| STREET ADDRESS<br>45 W. 111th Street | CITY, STATE AND ZIP CODE<br>Chicago, IL 60628 | |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
RACE  COLOR  **x** GENDER/SEXUAL ORIENTATION  RELIGION
NATIONAL ORIGIN.  AGE  RETALIATION  OTHER (Specify) Disability

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year) July 2023

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

I was hired by Respondent on or about August 16, 2021 as an Accounting Manager. I was subjected to discrimination based upon my gender (female) in violation of Title VII of the Civil Rights Act of 1991, 42 U.S.C. § 2000e *et seq*. Even though I had a Master's degree and had already been performing the duties of Director of Finance after my direct report left the position, I was not selected for the position when Respondent hired a less qualified male applicant with no experience, and who only had a bachelor's degree.

I suffered pecuniary loss and extreme emotional distress as a result of Respondent's discriminatory treatment of me.

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary to meet State and Local Requirements)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 02/28/2024

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

I declare under penalty of perjury that the foregoing is true and correct.

Notary Stamp

OFFICIAL SEAL
J MORALEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 09/02/2026

SIGNATURE OF COMPLAINANT / Date
Francina Holt-Berlin 2/28/24