# EXHIBIT B



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/25/2024

**To:** Francina Holt-Bertin
359 Waverly St.
Park Forest, IL 60466
Charge No: 440-2024-05298

EEOC Representative and email:    SETH BROWN
Investigator
seth.brown@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2024-05298.

On behalf of the Commission,

Digitally Signed By: Amrith Kaur Aakre
11/25/2024

Amrith Kaur Aakre
District Director

Cc:
Nikia McGee
Roseland Community Hospital
45 W 111th St
Chicago, IL 60628

Ron Sandack
Gaido & Fintzen
30 N LA SALLE ST STE 2727
Chicago, IL 60602

Paul H Scheuerlein
30 N LA SALLE ST STE 2727
Chicago, IL 60602

Barry A Gomberg
53 West Jackson Blvd., Suite 1350
Chicago, IL 60604

Please retain this notice for your records.